### 58346. KNIGHT v. PARKER.

SHULMAN, Judge.

This court having entered on November 21, 1979, a judgment in the above-styled case, reversing the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *Parker v. Knight,* 245 Ga. 782 (1980), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Deen, C. J., and Carley, J., concur.*

DECIDED JUNE 20, 1980.

*Ben B. Mills, Jr.,* for appellant.
*Terry A. Dillard, S. F. Memory, Jr.,* for appellee.